**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Apriven Partners, LP, <br> C&C Capital, LLC, and <br> True North Funding, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Petters Group Worldwide, LLC, <br> Petters Company, Inc., Nationwide International <br> Resources, Inc., <br> Thomas J. Petters, Deanna Coleman, <br> a/k/a Deanna Munson, Robert White, <br> Larry Reynolds, and John and <br> Jane Does 1 through 10, <br><br> Defendants. | Civil Case No. 08-5373 ADM/JSM <br><br> **ORDER GRANTING MOTION** FOR JUDGMENT ESTABLISHING SUMMARILY A LIEN AND THE AMOUNT OF THAT LIEN AGAINST FUNDS RECOVERED IN CONNECTION WITH REPRESENTATION OF PLAINTIFFS IN THIS ACTION PURSUANT TO MINN. STAT. § 481.13 **AND ORDER FOR JUDGMENT** |

The above-titled matter came on before the Court on the Motion by Stoel Rives LLP and Marc A. Al, Esq., for a Judgment Establishing a Lien and the Amount of that Lien Against Funds Recovered in Connection with Representation of Plaintiffs in this Action Pursuant to Minn. Stat. § 481.13.

**FINDINGS OF FACT**

True North Funding, LLC, C&C Capital, LLC, and Apriven Partners, LP ("Former Clients") owe Stoel Rives LLP ("Stoel Rives") no less than Eighty-One Thousand Four Hundred Seventy Eight and 92/100 Dollars ($81,478.92) for legal services rendered in connection with representation in this matter and representation in the Bankruptcy Court in *In re: Petters Company, Inc., et al.* (Consolidated under Case No.: 08-45257 (GFK)).

## CONCLUSIONS OF LAW

Stoel Rives is entitled under Minn. Stat. § 481.13 to a judgment and lien against any funds recovered in this action in the amount of Eighty-One Thousand Four Hundred Seventy Eight and 92/100 Dollars ($81,478.92).

## ORDER

Based upon the above Findings of Fact and Conclusions of Law, **IT IS HEREBY ORDERED** that:

1.    Stoel Rives's Motion for a Judgment Establishing a Lien and the Amount of that Lien Against Funds Recovered in Connection with Representation of Plaintiffs in this Action Pursuant to Minn. Stat. § 481.13 is GRANTED.

2.    Stoel Rives is entitled to and is hereby granted a joint and several lien in the amount of no less than Eighty-One Thousand Four Hundred Seventy Eight and 92/100 Dollars ($81,478.92) on any recovery had by Plaintiffs, or any of them.

3.    Pursuant to Minn. Stat. § 481.13, Plaintiffs' interest in personal property involved in or affected by any actions or proceedings in connection with this matter shall be used to satisfy debts owed to Stoel Rives.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

   s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  July 12, 2010.